BK 13667 PG 095

014427

RECORDING REQUESTED BY:

WHEN RECORDED MAIL TO:

MSN SV-79 / DOCUMENT CONTROL DEPT.
P.O. BOX 10266
VAN NUYS, CALIFORNIA 91410-0266

LOAN #:
ESCROW/CLOSING #:
CASE #:

## ASSIGNMENT OF DEED OF TRUST/MORTGAGE

For Value Received, the undersigned hereby grants, assigns and transfers to _____
COUNTRYWIDE HOME LOANS, INC. dba AMERICA'S WHOLESALE LENDER

all beneficial interest under that certain Deed of Trust/Mortgage dated
executed by: Sandra A. Fitzgerald and Thomas R. Fitzgerald

_____, Trustor/Borrower
to FIRST FINANCIAL MORTGAGE CORP _____, Trustee/Mortgagee
and recorded as Instrument No. (CONCURRENTLY HEREWITH) on MARCH 16, 1998
in Book/Reel 13467 Page/Image 94 _____, of Official Records in the County Recorder's office
of CUMBERLAND, ME
_____ describing land therein as:

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF.

FHA/VA/CONV
Assignment of Deed of Trust/Mortgage
2C2831XX (01/94)                    Page 1 of 2                    Initials: _____

**EXHIBIT D**

BK13667PG096

LOAN #

Together with the note therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue thereunder.

Dated March 11, 1998                FIRST FINANCIAL MORTGAGE CORP

*Kathy McLaughlin*            *F Philip Laughlin*
                              F Philip Laughlin, Jr.
                              Vice President

## ACKNOWLEDGMENT

State of   Maine            )
County of  Cumberland       )

On March 11, 1998 _____, before me, the undersigned, a Notary Public in and for said County and State personally appeared _____
F Philip Laughlin, Jr., Vice President
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument as the principal(s) and acknowledged to me that said principal(s) executed it.

Witness My Hand and Official Seal

_____
Notary Public In and for said County and State
My Commission expires _____

FHA/VA/CONV
Assignment of Deed of Trust/Mortgage
2C2532XX (01/94)                Page 2 of 2

BK 13667PG097

### Exhibit A - Property Description

A certain lot or parcel of land, situated on the southerly side of the Holmes Road, in the Town of Scarborough, County of Cumberland and State of Maine, bounded and described as follows:

Beginning at a point marked by a capped 5/8" rebar found on the southerly line of the Holmes Road at the northwesterly corner of land now or formerly of Thomas & Welch; thence South 20° 12' 09" East, and by the land of Thomas & Welch, 400.00 feet to a capped 5/8" rebar found and the remaining land of Melvin and Deborah Hopkins; thence South 20° 28' 04" East, and by the land of said Hopkins, 100.05 feet to a capped 5/8" rebar set for a corner; thence South 70° 00' 21" West, continuing by the land of said Hopkins, 200.00 feet to a capped 5/8" rebar set for a corner and other land now or formerly of the said Hopkins; thence North 20° 15' 20" West, by the land of said Hopkins, 500.00 feet to a capped 5/8" rebar set on the southerly line of the Holmes Road; thence North 69° 59' 33" East, along the southerly line of the Holmes Road, 200.00 feet to the capped 5/8" rebar found at the northwesterly corner of the land of said Thomas & Welch and the point of beginning.

Parcel is a 200' by 500' lot.

Being the same premises conveyed to Sandra A. Fitzgerald, et al, by Dana M. Hagerman, et al, by deed dated March 19, 1997, and recorded in said Registry of Deeds in Book 12996, Page 26.

RECEIVED
RECORDED REGISTRY OF DEEDS
1998 MAR 16 PM 1: 35
CUMBERLAND COUNTY
John B O'Brien